PEOPLE EX REL. MICHAEL ASARO, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Respondent.

Submitted February 19, 1945; decided March 1, 1945.

*Nathaniel L. Goldstein, Attorney-General (George A. Badz* of counsel), for motion to dismiss appeal and in opposition to appellant's motion.

*Michael Asaro,* in person, for motion to prosecute appeal as a poor person and in opposition to respondent's motion.

Motion to dismiss appeal granted and appeal dismissed on the ground that no appeal to this court lies as of right.

Motion for leave to prosecute appeal as a poor person denied.